UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN DAVID BLANCO DONADO,
Petitioner,

-v.-

KENNETH GENALO, et al.,
Respondents.

26 Civ. 6778 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Petitioner has filed a Petition for a writ of habeas corpus under 28 U.S.C.§ 2241. ECF No. 1. The Court, having examined the Petition, and in its capacity as Part I Judge, hereby ORDERS as follows:

In order to preserve the assigned Court's jurisdiction pending a ruling on the Petition, **Petitioner shall not be removed from the United States absent further order of the undersigned or of the assigned District Judge**. *See, e.g.*, *Khalil* v. *Joyce*, No. 25 Civ. 1935 (JMF), 2025 WL 750599, at *1 (S.D.N.Y. Mar. 10, 2025) (citing cases); *see also, e.g.*, *Du* v. *United States Dep't of Homeland Sec.*, No. 25 Civ. 644 (OAW), 2025 WL 1317944, at *1 (D. Conn. Apr. 24, 2025) ("[A] a federal court may temporarily enjoin immigration authorities from deporting individuals if it preserves the court's jurisdiction over a case or cases.").

Moreover, **Respondents shall not transfer Petitioner except to a facility within this District, the Eastern District of New York, or the District of New Jersey absent further order of the undersigned or of the assigned District Judge.** *See, e.g.*, *Perez y Perez* v. *Noem*, No. 25 Civ. 4828 (DEH), 2025 WL 1908284, at *2-3 (S.D.N.Y. June 13, 2025) (enjoining a habeas petitioner's transfer pending adjudication of his petition); *see also, e.g.*, *Arostegui-Maldonado* v. *Baltazar*, No. 25 Civ. 2205 (WJM), 2025 WL 2280357, at *14-16 (D. Colo. Aug. 8, 2025) (same); *Oliveros* v. *Kaiser*, No. 25 Civ. 7117 (BLF), 2025 WL 2677125, at *8-9, *11

(N.D. Cal. Sept. 18, 2025) (same).

SO ORDERED.

Dated: August 7, 2026
New York, New York

JENNIFER H. REARDEN
United States District Judge
Part 1